**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 25-30395** |
| **VYRIPHARM BIOPHARMACEUTICALS,** | § | |
| **INC.** | § | |
| | § | **Chapter 11 (Subchapter V)** |
| **Debtor.** | § | |

---

**UNSWORN DECLARATION OF MAILING**

I, Elyse Farrow, am an employee of <u>Haselden Farrow PC</u>, with offices located at 708 Main Street, 10th Floor, Houston, TX. On <u>January 30, 2026</u>, I caused the document(s) referenced below by docket number to be served on the parties listed in the attached service list by placing true copies of the document in the United States Mail, first class postage prepaid.

- **NOTICE OF FILING FIRST AND FINAL FEE APPLICATION OF MELISSA A. HASELDEN AND HASELDEN FARROW, PLLC [DOCKET NO. 67].**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
*Signature*

*Elyse Farrow*

_____
*Typed Name*

Label Matrix for local noticing
0541-4
Case 25-30395
Southern District of Texas
Houston
Thu Jan 29 19:42:34 CST 2026

(p)HARRIS COUNTY ATTORNEY'S OFFICE
P O BOX 2848
HOUSTON TX 77252-2848

Texas Comptroller of Public Accounts
c/o Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin, tx 78711-2548

Vyripharm Biopharmaceuticals, Inc.
7205 Almeda Road, Suite 300591
Houston, TX 77054-2191

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

Ian Martin Limited dba Sterling Life Service
c/o Barnett & Garcia, PLLC
Lawrence J. Falli
3821 Juniper Trace Suite 108
Austin, TX 78738-5514

McGuireWoods LLP
2000 McKinney Avenue Suite 1400
Dallas, TX 75201-2208

McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219-3916

Ryan J. Frankel & Miles O. Idest
845 Texas Ave Suite 2400
Houston, TX 77002-2946

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

Dana E Lipp
Lipp Legal PLLC
2591 Dallas Parkway
Suite 300
Frisco, TX 75034-8563

Melissa A Haselden
Haselden Farrow PLLC
708 Main Street
Ste 10th Fl
Houston, TX 77002-3246

Susan Tran Adams
Tran Singh LLP
2502 La Branch Street
Houston, TX 77004-1028