United States Bankruptcy Court
Southern District of Texas

**ENTERED**

February 24, 2026

Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 25-30395** |
| **VYRIPHARM BIOPHARMACEUTICALS, INC.** | § | |
| | § | |
| | § | **Chapter 11 (Subchapter V)** |
| **Debtor.** | § | |

**ORDER ON FIRST AND FINAL APPLICATION OF MELISSA A. HASELDEN AND HASELDEN FARROW, PLLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SUBCHAPTER V TRUSTEE TO THE DEBTOR FOR THE PERIOD FROM JANUARY 29, 2025 THROUGH JANUARY 21, 2026**

(Relates to Docket No. 66)

On this day, came on for consideration the First and Final Fee Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Subchapter V Trustee (the "**Application**"), filed by Melissa A. Haselden and Haselden Farrow, PLLC. (collectively **"Trustee"**), in her capacity as Subchapter V Trustee for VYRIPHARM BIOPHARMACEUTICALS, INC. (the **"Debtor"**), in the above captioned proceeding, for the period from January 29, 2025 through January 21, 2026. The Court has reviewed the Application and finds that no objections were filed, and that all of the services rendered, and costs advanced by the Trustee on behalf of the Debtor, as set out in the Application, were reasonable, actual, and necessary. Accordingly, it is, therefore, ORDERED that

1.      The Application is APPROVED.

2.      The Court approves compensation to Melissa A. Haselden, Subchapter V Trustee, on a final basis in the amount of $5,201.00 related to billed fees and $0.00 in expenses.

3.      The Court requires payment of $5,201.00 to be paid by the Debtor within ten (10) days of the entry of this Order from first available funds and payable to Haselden Farrow, PLLC.

Signed: February 24, 2026

_____
Jeffrey P. Norman
United States Bankruptcy Judge

Order Approving Fee Application