# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| **Vyripharm Biopharmaceuticals, Inc.** | § | **CASE NO. 25-30395** |
| | § | |
| | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | |

---

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Melissa A. Haselden*, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $ 0.00.  The case was dismissed (or converted, as applicable) with no plan confirmed and no plan payments made to the trustee.   Pursuant to 11 U.S.C. § 330(a), on February 24, 2026, the Court ordered compensation of $5,201.00 be awarded to the trustee.  These funds were paid by the debtor to the trustee on May 15,2026.  I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of dismissal (or conversion, as applicable).  I request that I be discharged from any further duties as trustee.

6/24/2026                         */s/ Melissa A. Haselden*

Date: _____        By: _____
                                                    Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-11(v)-NDR B